■ ILMS REALTY ASSOCIATION et al., Respondents, v HAROLD F. MADDEN et al., Defendants, and DEMAR PACKING CORP., Appellant. [623 NYS2d 120] —Appeal by the defendant Demar Packing Corp., as limited by its brief, from stated portions of an order of the Supreme Court, Nassau County (Burke, J.), dated July 7, 1993.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Burke at the Supreme Court. Bracken, J. P., Rosenblatt, O'Brien and Altman, JJ., concur.